UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| PAUL GRACEY,<br>    Plaintiff | :<br>:<br>: |
| v. | :   File No. 1:06-CV-134 |
| | : |
| PAUL COTTON<br>and ROBERT HOFMANN,<br>    Defendants | :<br>:<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation was filed April 2, 2007 (Paper 30). After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1). Plaintiff's motion for preliminary injunctive relief in the form of a bar on an out-of-state transfer (Paper 27) is DENIED.

This matter is returned to Magistrate Judge Niedermeier for further proceedings.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 1st day of May, 2007.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge